The Honorable David W. Christel

FILED ____ LODGED
____ RECEIVED
JUN 17 2024
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br> v. <br><br> JAMES ARTHUR MCDONALD, JR., <br><br>    Defendant. | NO. MJ24-5174 DWC <br><br> MOTION FOR DETENTION ORDER |

The United States moves for detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.  Eligibility of Case. This case is eligible for a detention order because this case involves (check all that apply):

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    ___ Crime with a maximum sentence of life imprisonment or death

    ___ Drug offense with a maximum sentence of ten years or more

    ___ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

Motion for Detention- 1
United States v. McDonald, Jr., MJ24-5174

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

___  Felony offense involving a minor victim other than a crime of violence

___  Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

___  Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

_X_  Serious risk the defendant will flee

___  Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

___  Probable cause to believe the defendant has been found guilty of an offense and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6).

2. <u>Reason for Detention</u>.  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

_X_  Defendant's appearance as required

_X_  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

___  Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release

___  Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

___  Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

Motion for Detention- 2
*United States v. McDonald, Jr.*, MJ24-5174

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800

   \_\_  Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

   \_\_  Probable cause to believe the defendant has been found guilty of an offense and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6).

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

   X  At the initial appearance

   \_\_  After continuance of 3 days (not more than 3)

DATED this 17th day of June, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*/s/ Zachary Dillon*
ZACHARY DILLON
Assistant United States Attorney

Motion for Detention- 3
*United States v. McDonald, Jr.*, MJ24-5174

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800